IN THE COMMONWEALTH COURT OF PENNSYLVANIA

The Gold Room, Inc.                  :
                                     :
        v.                           : No. 1656 C.D. 2019
                                     :
Pennsylvania Liquor Control Board,   :
                Appellant            :

## O R D E R

AND NOW, this 3rd day of February, 2021, **IT IS HEREBY ORDERED** that the above-captioned opinion filed December 16, 2020, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
ELLEN CEISLER, Judge